JOSEPH E. CORRIGAN, Appellant, *v.* THE STATE OF NEW YORK, Respondent.

(Argued October 27, 1932; decided November 22, 1932.)

*Caruthers Ewing* and *John D. Lindsay* for appellant.

*John J. Bennett, Jr.,* Attorney-General (*Harold P. Burke* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch.. J., CRANE, LEHMAN, KELLOGG, HUBBS and CROUCH, JJ. Not sitting: O'BRIEN, J.